IN THE UNITED STATE DISTRICT COURT
NORTHERN DIVISION OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NAOMI CRAIG, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:24-cv-01947 |
| | : | |
| v. | : | JUDGE HELMICK |
| | : | |
| CITY OF MARION, OHIO, et al., | : | JURY DEMAND ENDORSED |
| | : | HEREON |
| Defendants. | : | |

## ANSWER OF DEFENDANTS CITY OF MARION AND WELCOME BILL COLLINS

For their Answer to Plaintiff's Complaint, Defendants City of Marion and Welcome Bill Collins ("Defendants") state as follows:

1. The unnumbered "Jurisdiction" paragraph states a legal conclusion to which no response is required. To the extent facts are alleged therein, they are denied.

2. Paragraph 1 is denied for want of knowledge.

3. Paragraph 2 is admitted.

4. Paragraph 3 contains a statement of intent and/or a legal conclusion to which no response is required. To the extent facts are alleged therein, they are denied.

5. Paragraph 4 is denied.

6. Paragraph 5 is denied for want of knowledge.

7. Paragraphs 6, 7, 8, 9, 10, 11, 12, 13 and 14 are denied.

8. All facts and allegations not expressly admitted herein are hereby denied.

**FIRST DEFENSE**

9. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

10.  Defendant Collins is entitled to absolute and/or qualified immunity.

**THIRD DEFENSE**

11.  Defendants are entitled to immunity pursuant to R.C. Chapter 2744, including but not limited to R.C. 2744.01, R.C. 2744.02, R.C. 2744.03 and R.C. 2744.05.

**FOURTH DEFENSE**

12.  Plaintiff has failed to allege facts establishing that the alleged constitutional violations were the result of a policy, practice or custom of the City of Marion.

**FIFTH DEFENSE**

13.  Defendants are entitled to legislative immunity.

**SIXTH DEFENSE**

14.  Plaintiff's damages, if any, were the result of her own misconduct.

**SEVENTH DEFENSE**

15.  Plaintiff's damages, if any, were the result of events and/or the conduct of individuals over whom the Defendants had no control or authority.

**EIGHTH DEFENSE**

16.  Plaintiff has not been damaged.

**NINTH DEFENSE**

17.  Defendants' statements were privileged and/or were true.

**TENTH DEFENSE**

18.  Plaintiff's Complaint is a violation of Fed. R. Civ. P. 11, 28 U.S.C. § 1927 and/or R.C. 2323.51.

**ELEVENTH DEFENSE**

19. Plaintiff has failed to name necessary and/or indispensable parties.

**TWELFTH DEFENSE**

20. At all times, Defendants acted reasonably, lawfully and in good faith.

**THIRTEENTH DEFENSE**

21. Plaintiff has failed to exhaust her administrative remedies.

**FOURTHEENTH DEFENSE**

22. Plaintiff's claims are barred, in part or in whole, by the doctrine of waiver, estoppel and/or laches.

**FIFTEENTH DEFENSE**

23. Plaintiff's Complaint contains an improper request for punitive damages.

**SIXTEENTH DEFENSE**

24. As against Defendant City of Marion, Plaintiff's Complaint fails for lack of service.

25. Defendants reserve the right to assert such additional defenses the basis for which is revealed while this matter is pending.

**WHEREFORE**, Defendants City of Marion and Welcome Bill Collins respectfully request that this Court dismiss Plaintiff's Complaint, with costs taxed to the Plaintiff, and such other relief determined to be appropriate by this Court.

    Respectfully submitted,

    /s/ *Aaron M. Glasgow*
    Aaron M. Glasgow (0075466)
    Kristen B. Lippert (0104762)
    Isaac Wiles & Burkholder, LLC
    2 Miranova Place, Suite 700
    Columbus, Ohio 43215

614-220-5170 / Fax 614-365-9516  
aglasgow@isaacwiles.com  
klippert@isaacwiles.com  
*Attorney for Defendants*  
*City of Marion and Welcome Bill Collins*

## JURY DEMAND

Defendants hereby demand a trial by jury as to all issues so triable.

/s/ *Aaron M. Glasgow*  
Aaron M. Glasgow (0075466)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2025, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Aaron M. Glasgow*  
Aaron M. Glasgow (0075466)