IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Naomi Craig,

                Plaintiff,                Case No. 3:24-cv-1947

    -vs-

                                            <u>CASE MANAGEMENT</u>
                                            <u>CONFERENCE ORDER</u>

City of Marion, Ohio, *et al.*,

                Defendants.

1. The case management conference was conducted on March 20, 2025

2. After consultation with the parties and counsel, the Court determined that this case will proceed on the standard track.

3. Deadline for amending pleadings and adding parties: None requested

4. Discovery:

    a. Rule 26(a) disclosures: March 26, 2025

    b. Fact Discovery: October 30, 2025

    c. Expert discovery: None anticipated

5. All documents must be filed as PDF documents in text searchable format. All exhibits must be specifically identified. If exhibits are merged into a single PDF, each exhibit within that PDF must be bookmarked. Failure to comply with these requirements will result in the Clerk's Office marking the document(s) as a filing error and counsel will be required to re-file said document to be in compliance with this order.

6.	Telephone status conference: September 17, 2025, at 9:00 a.m. Counsel to call the Court's bridge line, at 419-718-0655, meeting ID: 849 763 788, to participate in that conference.

7.	Discovery disputes: No motion relating to discovery may be filed unless the parties, as required by Local Rule 37.1, have undertaken in good faith to resolve discovery disputes. If counsel cannot resolve a discovery dispute despite their good faith efforts, they should email me a joint letter (Helmick_Chambers@ohnd.uscourts.gov) summarizing the nature of the dispute and the efforts to resolve it. After I review the submission, my chambers will contact counsel regarding next steps toward resolution.

8.	Inadvertent Disclosure: Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

9.	The parties have agreed upon a method for conducting discovery of electronically-stored information.

10.	Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

11.	Dispositive motions: to be determined

12.	Settlement discussions: Plaintiff to submit a written settlement demand, including total fees and expenses incurred in the litigation to date, no later than August 29, 2025. Defendants shall respond in writing on or before September 16, 2025.

    IT IS SO ORDERED.

    s/ Jeffrey J. Helmick
    United States District Judge